

| WASTE MANAGEMENT<br>1001 Fannin Street, Suite 4000<br>Houston, TX 77002<br>1-800-964-3373 | Earnings Statement | Pay Period: 03/29/2020 - 04/04/2020<br>Advice Date: 04/10/2020<br>Advice #: 45090673<br>Company Name: Georgia Waste Systems, Inc.<br>Pay Group: S9B |

| EMPLOYEE | |
|---|---|
| Employee ID: | 306967 |
| Taxable Marital Status: | Exempt |
| Social Security Number: | XXX-XX-0011 |
| Federal Allow: | |
| GA State Allow: | |
| Bus Unit: | 01764 |
| Loc: | 05626 |
| Dept: | 413159 |
| Employee Type: | Nonexempt |

| PAYEE |
|---|
| Yardrick L Benton<br>2116 TERI LN SE<br>CONYERS GA  30013 |

Waste Management is transforming to know customers, extract value, innovate and optimize.

| Description: | Rate | Hours | This Period | Hours YTD | Year to Date |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Overtime 1 1/2 | 26.625000 | 1.95 | 51.92 | 44.86 | 1,194.40 |
| Regular Earnings/Hourly | 17.750000 | 40.00 | 710.00 | 275.11 | 4,883.21 |
| Non Productive Time Overtime | | | 0.00 | 4.00 | 106.50 |
| Non Productive Time Paid | | | 0.00 | 4.00 | 71.00 |
| **Total Gross Pay:** | | 41.95 | 761.92 | 327.97 | 6,255.11 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 11.05 | | 90.70 |
| Fed OASDI/EE | | | 47.24 | | 387.82 |
| GA Withholdng | | | 0.00 | | 88.05 |
| **Total Tax Deductions:** | | | 58.29 | | 566.57 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| Total Before-Tax Deductions: | | | 0.00 | | 0.00 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Total After-Tax Deductions: | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| **Total Net Pay:** | | | 703.63 | | 5,688.54 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX9702 | $703.63 |

# Earnings Statement

**WASTE MANAGEMENT**
1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373



Waste Management is transforming to know customers, extract value, innovate and optimize.

| EMPLOYEE | |
|---|---|
| Employee ID: | 306967 |
| Taxable Marital Status: | Exempt |
| Social Security Number: | XXX-XX-0011 |
| Federal Allow: | |
| GA State Allow: | |
| Bus Unit: | 01764 |
| Loc: | 05626 |
| Dept: | 413159 |
| Employee Type: | Nonexempt |

| | |
|---|---|
| Pay Period: | 03/22/2020 - 03/28/2020 |
| Advice Date: | 04/03/2020 |
| Advice #: | 45053244 |
| Company Name: | Georgia Waste Systems, Inc. |
| Pay Group: | S9B |

| PAYEE |
|---|
| Yardrick L Benton
2116 TERI LN SE
CONYERS GA  30013 |

| Description: | Rate | Hours | This Period | Hours YTD | Year to Date |
|---|---:|---:|---:|---:|---:|
| **EARNINGS** | | | | | |
| Overtime 1 1/2 | 26.625000 | 16.53 | 440.11 | 42.91 | 1,142.48 |
| Regular Earnings/Hourly | 17.750000 | 40.00 | 710.00 | 235.11 | 4,173.21 |
| Non Productive Time Overtime | | | 0.00 | 4.00 | 106.50 |
| Non Productive Time Paid | | | 0.00 | 4.00 | 71.00 |
| **Total Gross Pay:** | | 56.53 | 1,150.11 | 286.02 | 5,493.19 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 16.68 | | 79.65 |
| Fed OASDI/EE | | | 71.31 | | 340.58 |
| GA Withholdng | | | 0.00 | | 88.05 |
| **Total Tax Deductions:** | | | 87.99 | | 508.28 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| **Total Before-Tax Deductions:** | | | 0.00 | | 0.00 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| **Total After-Tax Deductions:** | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| **Total Net Pay:** | | | 1,062.12 | | 4,984.91 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX9702 | $1,062.12 |

**WASTE MANAGEMENT**
1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

**Earnings Statement**



Waste Management is transforming to know customers, extract value, innovate and optimize.

| EMPLOYEE | |
|---|---|
| Employee ID: | 306967 |
| Taxable Marital Status: | Exempt |
| Social Security Number: | XXX-XX-0011 |
| Federal Allow: | |
| GA State Allow: | |
| Bus Unit: | 01764 |
| Loc: | 05626 |
| Dept: | 413159 |
| Employee Type: | Nonexempt |

| Advice Main | |
|---|---|
| Pay Period: | 03/01/2020 - 03/07/2020 |
| Advice Date: | 03/13/2020 |
| Advice #: | 44951964 |
| Company Name: | Georgia Waste Systems, Inc. |
| Pay Group: | S9B |

| PAYEE |
|---|
| Yardrick L Benton |
| 2116 TERI LN SE |
| CONYERS GA   30013 |

| Description: | Rate | Hours | This Period | Hours YTD | Year to Date |
|---|---:|---:|---:|---:|---:|
| **EARNINGS** | | | | | |
| Non Productive Time Overtime | 26.625000 | 4.00 | 106.50 | 4.00 | 106.50 |
| Overtime 1 1/2 | 26.625000 | 1.42 | 37.81 | 26.38 | 702.37 |
| Regular Earnings/Hourly | 17.750000 | 40.00 | 710.00 | 120.00 | 2,130.00 |
| **Total Gross Pay:** | | 45.42 | 854.31 | 150.38 | 2,938.87 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 12.38 | | 42.61 |
| Fed OASDI/EE | | | 52.97 | | 182.21 |
| GA Withholdng | | | 0.00 | | 88.05 |
| **Total Tax Deductions:** | | | 65.35 | | 312.87 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| **Total Before-Tax Deductions:** | | | 0.00 | | 0.00 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| **Total After-Tax Deductions:** | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| **Total Net Pay:** | | | 788.96 | | 2,626.00 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX9702 | $788.96 |

**WASTE MANAGEMENT**
1001 Fannin Street, Suite 4000
Houston, TX 77002
1-800-964-3373

**Earnings Statement**



Waste Management is transforming to know customers, extract value, innovate and optimize.

**Advice Main**
Pay Period: 03/08/2020 - 03/14/2020
Advice Date: 03/20/2020
Advice #: 44983727
Company Name: Georgia Waste Systems, Inc.
Pay Group: S9B

| EMPLOYEE | |
|---|---|
| Employee ID: | 306967 |
| Taxable Marital Status: | Exempt |
| Social Security Number: | XXX-XX-0011 |
| Federal Allow: | |
| GA State Allow: | |
| Bus Unit: | 01764 |
| Loc: | 05626 |
| Dept: | 413159 |
| Employee Type: | Nonexempt |

| PAYEE |
|---|
| Yardrick L Benton |
| 2116 TERI LN SE |
| CONYERS GA  30013 |

| Description: | Rate | Hours | This Period | Hours YTD | Year to Date |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Non Productive Time Paid | 17.750000 | 4.00 | 71.00 | 4.00 | 71.00 |
| Regular Earnings/Hourly | 17.750000 | 35.53 | 630.66 | 155.53 | 2,760.66 |
| Non Productive Time Overtime | | | 0.00 | 4.00 | 106.50 |
| Overtime 1 1/2 | | | 0.00 | 26.38 | 702.37 |
| **Total Gross Pay:** | | 39.53 | 701.66 | 189.91 | 3,640.53 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 10.18 | | 52.79 |
| Fed OASDI/EE | | | 43.50 | | 225.71 |
| GA Withholdng | | | 0.00 | | 88.05 |
| **Total Tax Deductions:** | | | 53.68 | | 366.55 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| Total Before-Tax Deductions: | | | 0.00 | | 0.00 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| Total After-Tax Deductions: | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| **Total Net Pay:** | | | 647.98 | | 3,273.98 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX9702 | $647.98 |

| WASTE MANAGEMENT<br>1001 Fannin Street, Suite 4000<br>Houston, TX 77002<br>1-800-964-3373 | | Earnings Statement | | Pay Period: 03/15/2020 - 03/21/2020<br>Advice Date: 03/27/2020<br>Advice #: 45021228<br>Company Name: Georgia Waste Systems, Inc.<br>Pay Group: S9B |
|---|---|---|---|---|

| EMPLOYEE | |
|---|---|
| Employee ID: | 306967 |
| Taxable Marital Status: | Exempt |
| Social Security Number: | XXX-XX-0011 |
| Federal Allow: | |
| GA State Allow: | |
| Bus Unit: | 01764 |
| Loc: | 05626 |
| Dept: | 413159 |
| Employee Type: | Nonexempt |



Waste Management is transforming to know customers, extract value, innovate and optimize.

| PAYEE |
|---|
| Yardrick L Benton<br>2116 TERI LN SE<br>CONYERS GA  30013 |

| Description: | Rate | Hours | This Period | Hours YTD | Year to Date |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Earnings/Hourly | 17.750000 | 39.58 | 702.55 | 195.11 | 3,463.21 |
| Non Productive Time Overtime | | | 0.00 | 4.00 | 106.50 |
| Non Productive Time Paid | | | 0.00 | 4.00 | 71.00 |
| Overtime 1 1/2 | | | 0.00 | 26.38 | 702.37 |
| **Total Gross Pay:** | | 39.58 | 702.55 | 229.49 | 4,343.08 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 10.18 | | 62.97 |
| Fed OASDI/EE | | | 43.56 | | 269.27 |
| GA Withholdng | | | 0.00 | | 88.05 |
| **Total Tax Deductions:** | | | 53.74 | | 420.29 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| **Total Before-Tax Deductions:** | | | 0.00 | | 0.00 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| **Total After-Tax Deductions:** | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| **Total Net Pay:** | | | 648.81 | | 3,922.79 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX9702 | $648.81 |

## WASTE MANAGEMENT

**Earnings Statement**

| | |
|---|---|
| 1001 Fannin Street, Suite 4000 | |
| Houston, TX 77002 | |
| 1-800-964-3373 | |

| EMPLOYEE | |
|---|---|
| Employee ID: | 306967 |
| Taxable Marital Status: | Exempt |
| Social Security Number: | XXX-XX-0011 |
| Federal Allow: | |
| GA State Allow: | 1 |
| Bus Unit: | 01764 |
| Loc: | 05626 |
| Dept: | 413159 |
| Employee Type: | Nonexempt |

| | |
|---|---|
| Pay Period: | 02/23/2020 - 02/29/2020 |
| Advice Date: | 03/06/2020 |
| Advice #: | 44909415 |
| Company Name: | Georgia Waste Systems, Inc. |
| Pay Group: | S9B |

| PAYEE |
|---|
| Yardrick L Benton |
| 2116 TERI LN SE |
| CONYERS GA  30013 |

Waste Management is transforming to know customers, extract value, innovate and optimize.

| Description: | Rate | Hours | This Period | Hours YTD | Year to Date |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Overtime 1 1/2 | 26.625000 | 13.73 | 365.56 | 24.96 | 664.56 |
| Regular Earnings/Hourly | 17.750000 | 40.00 | 710.00 | 80.00 | 1,420.00 |
| **Total Gross Pay:** | | 53.73 | 1,075.56 | 104.96 | 2,084.56 |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholdng | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 15.60 | | 30.23 |
| Fed OASDI/EE | | | 66.68 | | 129.24 |
| GA Withholdng | | | 45.94 | | 88.05 |
| **Total Tax Deductions:** | | | 128.22 | | 247.52 |
| **BEFORE-TAX DEDUCTIONS** | | | | | |
| **Total Before-Tax Deductions:** | | | 0.00 | | 0.00 |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| **Total After-Tax Deductions:** | | | 0.00 | | 0.00 |
| **NET PAY** | | | | | |
| **Total Net Pay:** | | | 947.34 | | 1,837.04 |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX9702 | $947.34 |

| WASTE MANAGEMENT | |
|---|---|
| 1001 Fannin Street, Suite 4000 Houston, TX 77002 1-800-964-3373 | |

| EMPLOYEE | |
|---|---|
| Employee ID: | 306967 |
| Taxable Marital Status: | Exempt |
| Social Security Number: | XXX-XX-0011 |
| Federal Allow: | |
| GA State Allow: | |
| Bus Unit: | 01764 |
| Loc: | 05626 |
| Dept: | 413159 |
| Employee Type: | Nonexempt |



**Earnings Statement**

Waste Management is transforming to know customers, extract value, innovate and optimize.

| | |
|---|---|
| Pay Period: | 04- |
| Advice Date: | |
| Advice #: | |
| Company Name: | Geo |
| Pay Group: | |

Yardrick L Be
2116 TERI LN
CONYERS GA  3

| Description: | Rate | Hours | This Period | Hours Y |
|---|---|---|---|---|
| **EARNINGS** | | | | |
| Overtime 1 1/2 | 26.625000 | 0.07 | 1.86 | 44 |
| Regular Earnings/Hourly | 17.750000 | 40.00 | 710.00 | 354 |
| Guarantee Reg Hours | | | 0.00 | 1 |
| Non Productive Time Overtime | | | 0.00 | 4 |
| Non Productive Time Paid | | | 0.00 | 4 |
| **Total Gross Pay:** | | 40.07 | 711.86 | 408 |
| **TAX DEDUCTIONS** | | | | |
| Fed Withholdng | | | 0.00 | |
| Fed MED/EE | | | 10.33 | |
| Fed OASDI/EE | | | 44.13 | |
| GA Withholdng | | | 0.00 | |
| **Total Tax Deductions:** | | | 54.46 | |
| **BEFORE-TAX DEDUCTIONS** | | | | |
| **Total Before-Tax Deductions:** | | | 0.00 | |
| **AFTER-TAX DEDUCTIONS** | | | | |
| **Total After-Tax Deductions:** | | | 0.00 | |
| **NET PAY** | | | | |
| **Total Net Pay:** | | | 657.40 | |

**DIRECT DEPOSIT INFORMATION**

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | XXXXXX4064 | $657.40 |